UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

BEVERLY A. MESTER,

    Plaintiff,

v.                                  Civil Action 2:21-cv-1741
                                    Judge Sarah D. Morrison
                                    Magistrate Judge Chelsey M. Vascura

McGRAW HILL, LLC,

    Defendant.

## ORDER

The parties submitted their Rule 26(f) Report on August 17, 2021, and the Court held a telephonic conference on August 25, 2021. All parties were represented by counsel.

As discussed during the conference, Defendant's Motion to Stay (ECF No. 15) is **GRANTED** such that discovery is **STAYED** in this action pending resolution of the Motion to Compel Arbitration (ECF No. 5). If appropriate, **WITHIN FOURTEEN DAYS** of the Court's resolution of the Motion to Compel Arbitration, the parties are **ORDERED** to confer and submit a renewed Rule 26(f) Report.

    **IT IS SO ORDERED.**

                                                        /s/ *Chelsey M. Vascura*
                                                        CHELSEY M. VASCURA
                                                        UNITED STATES MAGISTRATE JUDGE