# THE FUCHS FIRM

December 29, 2022

**Via ECF**

Hon. Sarah D. Morrison
United States District Court
Southern District of Ohio – Eastern Division
Joseph P. Kinneary U.S. Courthouse
Room 167
85 Marconi Boulevard
Columbus, Ohio 43215

Re:  *Mester v. McGraw Hill LLC,* Case No. 21-cv-01741
     Status Report

Dear Judge Morrison:

We represent Plaintiff Beverly Mester in the above-referenced matter. Pursuant to Your Honor's Order dated January 4, 2022 (Dkt. 18), we write jointly with Defendant McGraw Hill LLC, by and through its counsel, to inform the Court that in accordance with the second stage of MHE's FAIR arbitration program, the Parties attended mediation on April 28, 2022 and June 13, 2022, and were unable to reach settlement in this matter. Accordingly, under the third stage of the FAIR program, on June 30, 2022, Plaintiff filed a demand to proceed to arbitration before the American Arbitration Association. An arbitration hearing is scheduled to begin on August 1, 2023.

We thank the Court for its attention to this matter.

Respectfully submitted,

| THE LAW FIRM OF KAMI D. BRAUER, LLC | THE FUCHS FIRM LLC | PROSKAUER ROSE LLP |
|---|---|---|
| */s/ Kami D. Brauer* | */s/ Joshua B. Fuchs* | */s/ Steven D. Hurd* |
| Kami D. Brauer | Joshua B. Fuchs | Steven D. Hurd |
| *On behalf of Plaintiff* | *On behalf of Plaintiff* | *On behalf of Defendant* |